**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1344**
_____

JOHNNIE IVEY JOHNSON,

              Plaintiff – Appellant,

        v.

PITT COUNTY SCHOOLS; JENNIFER POPLIN, Principal of E.B.
Aycock Middle School; DELILAH JACKSON, Superintendent of
HR; BEVERLY EMORY, Superintendent of all Pitt County
Schools; GLEN BUCK, Director of Classified Personnel,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.    W. Earl Britt,
Senior District Judge.  (4:12-cv-00191-BR)

_____

Submitted:  June 26, 2014             Decided:  July 1, 2014

_____

Before WILKINSON, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnnie Ivey Johnson, Appellant Pro Se. Daniel William Clark,
THARRINGTON SMITH, LLP, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Ivey Johnson appeals the district court's orders denying relief on his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Pitt Cnty. Schs., No. 4:12-cv-00191-BR (E.D.N.C. Nov. 12, 2013 & Mar. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2